UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OF KIRBY INLAND MARINE, L.P.,<br>AS DEMISE CHARTERER OF THE<br>T/B KIRBY 7304, PETITIONING FOR<br>EXONERATION FROM OR<br>LIMITATION OF LIABILITY | CIVIL ACTION NO. 04-611-SCR<br><br>MAGISTRATE JUDGE RIEDLINGER |

CONSOLIDATED WITH

| | |
|---|---|
| MAUDRIE BARTNEY<br>Individually and on behalf of<br>All others similarly situated<br><br>VERSUS<br><br>KIRBY INLAND MARINE, L.P. | CIVIL ACTION NO. 05-953-SCR<br><br>MAGISTRATE JUDGE RIEDLINGER |

CONSOLIDATED WITH

| | |
|---|---|
| CHISWAN LEJEUNE, TERRANCE WEST<br>Individually and on behalf of the minor<br>Child, TERRANCE WEST, JR.,<br>And all Other Similarly-Situated Persons<br><br>VERSUS<br><br>KIRBY INLAND MARINE, L.P. | CIVIL ACTION NO. 05-954-SCR<br><br>MAGISTRATE JUDGE RIEDLINGER |

CONSOLIDATED WITH

| | |
|---|---|
| CHISWAN LEJEUNE, TERRANCE WEST<br>Individually and on behalf of the minor<br>Child, TERRANCE WEST, JR.,<br>MAUDRIE and ALBERT BARTNEY;<br>MARILYN ALEXANDER<br>And all Other Similarly-Situated Persons<br><br>VERSUS<br><br>RIVER CITY TOWING SERVICES, INC.<br>BATON ROUGE HARBOR SERVICES, INC. | CIVIL ACTION NO. 06-647-SCR<br><br>MAGISTRATE JUDGE RIEDLINGER |

**ORDER
GRANTING AUTHORITY TO COMPENSATE COURT APPOINTED
DISBURSEMENT AGENT AND CLAIMS ADMINISTRATOR, POSTLETHWAITE &
NETTERVILLE FROM SETTLEMENT FUNDS and APPROVING OTHER PAYMENTS**

CONSIDERING the *Motion to Grant Authority to Compensate Court Appointed Disbursement Agent and Claims Administrator, Postlethwaite & Netterville, from Settlement Funds*, the motion is GRANTED.

Specifically, pursuant to the *Order of Procedure of Proof of Claims Process, Reserve Administrative Costs and Expenses* the Court Appointed Escrow Agent shall issue payment to Postlethwaite & Netterville in the amount of $2,995.87.

Specifically, pursuant to the *Order of Procedure of Proof of Claims Process, Reserve Administrative Costs and Expenses* this Court approves the hiring of five (5) experienced clerks to enter into the database the information found on the Proof of Claim Forms of the forms that have not already been entered by the CADA at a cost of $12/hour.

Specifically, pursuant to the *Order of Procedure of Proof of Claims Process, Reserve Administrative Costs and Expenses* this Court approves the process of submitting the clerk's time bimonthly after being reviewed by either of the Lead Counsel, or Mr. Smith, to the CADA, which is approved to issue all checks and 1099 forms for tax purposes.

Specifically, pursuant to the *Order of Procedure of Proof of Claims Process, Reserve Administrative Costs and Expenses* this Court approves the payment of $125 per each of the five separate work stations, set up for this data entry, that include a computer, monitor, and key board for use of the equipment and reasonable wear and tear to allow the clerks to work after hours and weekends to enter the Proofs of Claims into the database the information found on the Proof of Claim Forms of the forms that have not already been entered by the CADA in the amount of $625.00.

Specifically, pursuant to the *Order of Procedure of Proof of Claims Process, Reserve Administrative Costs and Expenses* this Court approves the hiring of Mr. Ron McLemore

at the rate of $22.50/hour to oversee the data entry process and maintenance of the data base for running various reports, if so directed by either of the Lead Counsel, or Mr. Smith.

Specifically, pursuant to the *Order of Procedure of Proof of Claims Process, Reserve Administrative Costs and Expenses* this Court approves payment to Mr. McLemore for past work of 459 hours in the amount of $10,329.31.

Specifically, pursuant to the *Order of Procedure of Proof of Claims Process, Reserve Administrative Costs and Expenses* this Court approves payment to Mr. McLemore for future work at the rate of $22.50/hour for time submitted bimonthly to the CADA, after being reviewed by either of the Lead Counsel, or Mr. Smith, and that the CADA issue all checks and 1099 forms for tax purposes.

Specifically, pursuant to the *Order of Procedure of Proof of Claims Process, Reserve Administrative Costs and Expenses* this Court approves hiring Chris McMahan of Venue Docket and payment to him by the CADA after completion of certain work

Specifically, pursuant to the *Order of Procedure of Proof of Claims Process, Reserve Administrative Costs and Expenses* this Court approves payment for previously publication of public notices in various newspapers for this settlement proceeding at a total cost of $11,932.30.

Specifically, consistent with this Order, the escrow agent, Vikki Hebert of Hancock Bank, is authorized to issue payment as directed by the CADA as set forth herein.

Baton Rouge, Louisiana, April 18, 2008.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE