UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OF KIRBY INLAND MARINE, L.P.,<br>AS DEMISE CHARTERER OF THE<br>T/B KIRBY 7304, PETITIONING FOR<br>EXONERATION FROM OR<br>LIMITATION OF LIABILITY | CIVIL ACTION NO. 04-611-SCR<br><br>MAGISTRATE JUDGE RIEDLINGER |

consolidated with

| | |
|---|---|
| MAUDRIE BARTNEY<br>Individually and on behalf of<br>All others similarly situated<br><br>VERSUS<br><br>KIRBY INLAND MARINE, L.P. | CIVIL ACTION NO. 05-953-SCR<br><br>MAGISTRATE JUDGE RIEDLINGER |

consolidated with

| | |
|---|---|
| CHISWAN LEJEUNE, TERRANCE WEST<br>Individually and on behalf of the minor<br>Child, TERRANCE WEST, JR.,<br>And all Other Similarly-Situated Persons<br><br>VERSUS<br><br>KIRBY INLAND MARINE, L.P. | CIVIL ACTION NO. 05-954-SCR<br><br>MAGISTRATE JUDGE RIEDLINGER |

consolidated with

| | |
|---|---|
| CHISWAN LEJEUNE, TERRANCE WEST<br>Individually and on behalf of the minor<br>Child, TERRANCE WEST, JR.,<br>MAUDRIE and ALBERT BARTNEY;<br>MARILYN ALEXANDER<br>And all Other Similarly-Situated Persons<br><br>VERSUS<br><br>RIVER CITY TOWING SERVICES, INC.<br>BATON ROUGE HARBOR SERVICE, INC. | CIVIL ACTION NO. 06-647-SCR<br><br>MAGISTRATE JUDGE RIEDLINGER |

consolidated with

| | |
|---|---|
| CHISWAN LEJEUNE, TERRANCE WEST Individually and on behalf of the minor Child, TERRANCE WEST, JR., MAUDRIE BARTNEY; ALBERT THEODORE BARTNEY; MARILYN G. ALEXANDER; AND ALWILLA DORSEY And all Other Similarly-Situated Persons | CIVIL ACTION NO. 08-20-SCR   MAGISTRATE JUDGE RIEDLINGER |

VERSUS

TESSENDERLO DAVISON CHEMICALS, L.L.C.;
TESSENDERLO KERLEY, INC.; AND
DAVISON PETROLEUM PRODUCTS, L.L.C.

**SECOND AMENDED
ORDER ADJUDICATING
MOTION FOR DEADLINE TO SUBMIT ATTORNEY TIME AND COST**

At the request of Class Counsel, and for good cause shown, items e., f., h., and i. in the ORDER ADJUDICATING MOTION FOR DEADLINE TO SUBMIT ATTORNEY TIME AND COST issued April 28, 2008, record document number 187, and in the AMENDED ORDER ADJUDICATING MOTION FOR DEADLINE TO SUBMIT ATTORNEY TIME AND COST issued May 22, 2008, record document number 194, are hereby further amended as follows.[1]

Specifically, it is Ordered as follows:

    a.    May 15, 2008, is the deadline for submission of costs and common benefit time to the CADA;

    b.    All attorneys enrolled in this litigation may submit all costs whether hard or soft for which the attorney is seeking consideration for payment by May 15, 2008, to the CADA;

    c.    All attorneys enrolled in this litigation may submit attorney and related time for which the attorney is seeking consideration for payment as common benefit time by May 15, 2008 to the CADA;

    d.    The CADA shall assist the CSC lead counsel with their review of all costs sought and where necessary to make request for additional documentation to be produced by a date certain as

---

[1] The new dates in items e., f., h. and i. are in bold type.  The other deadlines, whether expired or not, are repeated for convenience.

set forth in a letter, or other communication, from CADA to the attorney;

  e.  The CSC shall by **June 16, 2008**, file a motion pursuant to FRCP 54 with a recommendation to the Court of hard and soft costs that it deems payable;

  f.  The CSC shall by **June 16, 2008**, file a motion pursuant to FED.R.CIV.P. 54 with a recommendation to the Court of percentage payments of common benefit time from the common benefit attorney fee fund to specific attorneys;

  g.  Failure by any attorney enrolled in this litigation to timely submit costs or time or to produce documents as requested by the CADA shall be deemed a waiver of such claims;

  h.  That after the CSC files its motions on **June 16, 2008**, any attorney enrolled in this litigation may during the time period of one week from **June 16-23, 2008**, review documents held by the CADA relative to the costs and attorney time motions and make copies at the cost of the individual seeking such copies;

  i.  That on or before **July 8, 2008**, any attorney enrolled in this proceeding who seeks to challenge his/her recommended award shall file a response and/or objection to the CSC recommendations stating factual and legal basis and attaching any document supporting such claim;

  j.  By further Order of this Court this Court may set an evidentiary hearing date for objections to the CSC recommendations to allow the objectors to present evidence and to allow the CSC to respond thereto or present other evidence as this Court may direct;

  k.  During such hearing, this Court may consider all objections, evidence and enter judgment allocating costs and common benefit attorney fees accordingly.

Baton Rouge, Louisiana, June 10, 2008.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE