UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OF KIRBY INLAND MARINE, L.P.,<br>AS DEMISE CHARTERER OF THE<br>T/B KIRBY 7304, PETITIONING FOR<br>EXONERATION FROM OR<br>LIMITATION OF LIABILITY | CIVIL ACTION NO. 04-611-SCR<br><br>MAGISTRATE JUDGE RIEDLINGER |

consolidated with

| | |
|---|---|
| MAUDRIE BARTNEY<br>Individually and on behalf of<br>All others similarly situated<br><br>VERSUS<br><br>KIRBY INLAND MARINE, L.P. | CIVIL ACTION NO. 05-953-SCR<br><br>MAGISTRATE JUDGE RIEDLINGER |

consolidated with

| | |
|---|---|
| CHISWAN LEJEUNE, TERRANCE WEST<br>Individually and on behalf of the minor<br>Child, TERRANCE WEST, JR.,<br>And all Other Similarly-Situated Persons<br><br>VERSUS<br><br>KIRBY INLAND MARINE, L.P. | CIVIL ACTION NO. 05-954-SCR<br><br>MAGISTRATE JUDGE RIEDLINGER |

consolidated with

| | |
|---|---|
| CHISWAN LEJEUNE, TERRANCE WEST<br>Individually and on behalf of the minor<br>Child, TERRANCE WEST, JR.,<br>MAUDRIE and ALBERT BARTNEY;<br>MARILYN ALEXANDER<br>And all Other Similarly-Situated Persons<br><br>VERSUS<br><br>RIVER CITY TOWING SERVICES, INC.<br>BATON ROUGE HARBOR SERVICE, INC. | CIVIL ACTION NO. 06-647-SCR<br><br>MAGISTRATE JUDGE RIEDLINGER |

consolidated with

| | |
|---|---|
| CHISWAN LEJEUNE, TERRANCE WEST<br>Individually and on behalf of the minor<br>Child, TERRANCE WEST, JR.,<br>MAUDRIE BARTNEY;<br>ALBERT THEODORE BARTNEY;<br>MARILYN G. ALEXANDER; AND<br>ALWILLA DORSEY<br>And all Other Similarly-Situated Persons<br><br>VERSUS<br><br>TESSENDERLO DAVISON CHEMICALS, L.L.C.;<br>TESSENDERLO KERLEY, INC.; AND<br>DAVISON PETROLEUM PRODUCTS, L.L.C. | CIVIL ACTION NO. 08-20-SCR<br><br>MAGISTRATE JUDGE RIEDLINGER |

**AMENDED
ORDER ADJUDICATING
MOTION FOR PRELIMINARY APPROVAL
AND CONSIDERATION BY THIS COURT OF THE
OUTLINE OF PROCEDURE FOR ALLOCATION AND DISTRIBUTION** [195]

At request of Class Counsel, and for good cause shown, the court finds it is necessary to amend the *Order Adjudicating Motion for Preliminary Approval and Consideration by this Court of the Outline of Procedure for Allocation and Disbursement*, record document number 195, to make corrections which clarify the exposure zone boundaries.

Therefore;

IT IS ORDERED THAT *Order Adjudicating Motion for Preliminary Approval and Consideration by this Court of the Outline of Procedure for Allocation and Disbursement*, specifically sections III (B)(1), (2) and (3), are amended to provide the following:

1. Zone I does not including any residence, business or school located on South Vaughn/Frontage Road.

    Zone I includes Lukeville Lane - All East of Highway 1 (Below 3210)

2. Zone II includes the Rest of Lukeville Lane - 3211 and above, but not Lukeville Extension.

Zone II includes all class areas in Baton Rouge, Louisiana.

3. Zone III does not include any class areas in Baton Rouge, Louisiana.

Baton Rouge, Louisiana, June 10, 2008.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE