UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OF KIRBY INLAND MARINE, L.P.,<br>AS DEMISE CHARTERER OF THE<br>T/B KIRBY 7304, PETITIONING FOR<br>EXONERATION FROM OR<br>LIMITATION OF LIABILITY | CIVIL ACTION NO. 04-611-SCR<br><br>MAGISTRATE JUDGE RIEDLINGER |

CONSOLIDATED WITH

| | |
|---|---|
| MAUDRIE BARTNEY<br>Individually and on behalf of<br>All others similarly situated<br><br>VERSUS<br><br>KIRBY INLAND MARINE, L.P. | CIVIL ACTION NO. 05-953-SCR<br><br>MAGISTRATE JUDGE RIEDLINGER |

CONSOLIDATED WITH

| | |
|---|---|
| CHISWAN LEJEUNE, TERRANCE WEST<br>Individually and on behalf of the minor<br>Child, TERRANCE WEST, JR.,<br>And all Other Similarly-Situated Persons<br><br>VERSUS<br><br>KIRBY INLAND MARINE, L.P. | CIVIL ACTION NO. 05-954-SCR<br><br>MAGISTRATE JUDGE RIEDLINGER |

CONSOLIDATED WITH

| | |
|---|---|
| CHISWAN LEJEUNE, TERRANCE WEST<br>Individually and on behalf of the minor<br>Child, TERRANCE WEST, JR.,<br>MAUDRIE and ALBERT BARTNEY;<br>MARILYN ALEXANDER<br>And all Other Similarly-Situated Persons<br><br>VERSUS<br><br>RIVER CITY TOWING SERVICES, INC.<br>BATON ROUGE HARBOR SERVICE, INC. | CIVIL ACTION NO. 06-647-SCR<br><br>MAGISTRATE JUDGE RIEDLINGER |

CONSOLIDATED WITH

| | |
|---|---|
| CHISWAN LEJEUNE, TERRANCE WEST<br>Individually and on behalf of the minor<br>Child, TERRANCE WEST, JR.,<br>MAUDRIE BARTNEY;<br>ALBERT THEODORE BARTNEY;<br>MARILYN G. ALEXANDER; AND<br>ALWILLA DORSEY<br>And all Other Similarly-Situated Persons | CIVIL ACTION NO. 08-20-SCR<br><br>MAGISTRATE JUDGE RIEDLINGER |

VERSUS

TESSENDERLO DAVISON CHEMICALS, L.L.C.;
TESSENDERLO KERLEY, INC.; AND
DAVISON PETROLEUM PRODUCTS, L.L.C.

## JUDGMENT

For the reasons set forth in the Order Granting Preliminary Approval of Class Action Settlement and Granting Class Certification for Settlement Purposes Only and the reasons set forth in the Fairness Hearing: Rule 23(3) Findings approving the settlement agreement in CV 08-20, the Order Granting Preliminary Approval is made a final order and judgment.

For the reasons given in open court July 30, 2008 at the fairness hearing on the procedure for allocation and distribution of the combined class settlement fund, the Order Adjudicating Motion for Preliminary Approval and Consideration by This Court of the Outline of Procedure for Allocation and Distribution, as amended, is also made a final order and judgment.

Pursuant to Rule 54(b), Fed.R.Civ.P., and there being no reason for delay, the Clerk of Court is directed to enter this Judgment as a final judgment as to the defendants in CV 08-20, Tessenderlo Davison Chemicals, L.L.C.; Tessenderlo Kerley, Inc., and Davison Petroleum Products, L.L.C.

Furthermore, because the Court is of the opinion that the order granting final approval of the combined procedure for allocation and distribution of the combined class

settlement fund involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation, this judgment is certified as an appealable final judgment pursuant to 28 U.S.C. 1292(b)

Baton Rouge, Louisiana, July 31, 2008.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE