UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN THE MATTER OF THE COMPLAINT  CIVIL ACTION NO. 04-611-SCR
OF KIRBY INLAND MARINE, L.P.,
AS DEMISE CHARTERER OF THE
T/B KIRBY 7304, PETITIONING FOR  MAGISTRATE JUDGE RIEDLINGER
EXONERATION FROM OR
LIMITATION OF LIABILITY

CONSOLIDATED WITH

MAUDRIE BARTNEY  CIVIL ACTION NO. 05-953-SCR
Individually and on behalf of
All others similarly situated
                                 MAGISTRATE JUDGE RIEDLINGER
VERSUS

KIRBY INLAND MARINE, L.P.

CONSOLIDATED WITH

CHISWAN LEJEUNE, TERRANCE WEST  CIVIL ACTION NO. 05-954-SCR
Individually and on behalf of the minor
Child, TERRANCE WEST, JR.,
And all Other Similarly-Situated Persons  MAGISTRATE JUDGE RIEDLINGER

VERSUS

KIRBY INLAND MARINE, L.P.

CONSOLIDATED WITH

CHISWAN LEJEUNE, TERRANCE WEST  CIVIL ACTION NO. 06-647-SCR
Individually and on behalf of the minor
Child, TERRANCE WEST, JR.,
MAUDRIE and ALBERT BARTNEY;  MAGISTRATE JUDGE RIEDLINGER
MARILYN ALEXANDER
And all Other Similarly-Situated Persons

VERSUS

RIVER CITY TOWING SERVICES, INC.
BATON ROUGE HARBOR SERVICES, INC.

CONSOLIDATED WITH

CHISWAN LEJEUNE, TERRANCE WEST          CIVIL ACTION NO. 08-20-SCR
Individually and on behalf of the minor
Child, TERRANCE WEST, JR.,
MAUDRIE BARTNEY;                        MAGISTRATE JUDGE RIEDLINGER
ALBERT THEODORE BARTNEY;
MARILYN G. ALEXANDER; AND
ALWILLA DORSEY
And all Other Similarly-Situated Persons

VERSUS

TESSENDERLO DAVISON CHEMICALS, L.L.C.;
TESSENDERLO KERLEY, INC.; AND
DAVISON PETROLEUM PRODUCTS, L.L.C.

**ORDER**
**GRANTING AUTHORITY TO COMPENSATE COURT APPOINTED**
**DISBURSEMENT AGENT AND CLAIMS ADMINISTRATOR, POSTLETHWAITE &**
**NETTERVILLE, FROM SETTLEMENT FUNDS**

CONSIDERING the *Motion to Grant Authority to Compensate Court Appointed Disbursement Agent and Claims Administrator, Postlethwaite & Netterville, from Settlement Funds*, record document number 487;

IT IS ORDERED that the motion is GRANTED.

Specifically, pursuant to the *Order of Procedure of Proof of Claims Process, Reserve Administrative Costs and Expenses,* the Court Appointed Escrow Agent shall issue payment to Postlethwaite & Netterville in the amount of $9,244.45.

Baton Rouge, Louisiana, October 16, 2008.

*Stephen C. Riedlinger*

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE